Connecticut Local Form 420B (Notice of Objection to Claim)                                                    12/2020

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re: Patricia Lee Kamens & Roland David Kamens

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
Debtor(s)

Case No. : 21-30520

Chapter: 13

## NOTICE OF OBJECTION TO CLAIM

| Claim No: | Claimant: |
|---|---|
| 1 | U.S. Bank, N.A |

Patricia Lee Kamens & Roland David Kamens has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**[Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before

**October 15, 2021**

you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
157 Church Street, New Haven CT 06510

Connecticut Local Form 420B (Notice of Objection to Claim)                                                              12/2020

In re: Patricia Lee Kamens & Roland David Kamens

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
Debtor(s)

Case No. : 21-30520

Chapter: 13

A copy of your response should also be mailed to:

Patricia & Roland Kamens, 717 Wheelers Farm Road, Orange, CT 06477

(Objector and Objector's attorney, if applicable, name and address)

James M. Nugent, Esq., One New Haven Avenue, Suite 100, Milford, CT 06460

(Names and addresses of others to be served)

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: September 14, 2021

Signature: *[signed]*

Name: James M. Nugent

Address: One New Haven Avenue, Suite 100, Milford, CT 06460

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: | : Chapter 13 |
| | : |
| Patricia Lee Kamens | : Case No. 21-30520 |
| Roland David Kamens | : |
| Debtor | : September 14, 2021 |

### OBJECTION TO CLAIM AND COUNTERCLAIM

The Debtors objects to Claim No. 1 filed by U.S. Bank, N.A.

1. Multiple property inspection fees of $16.50 starting in April 2019 and continuing monthly to June 2021 totaling $429.00 ; a charge of $16.95 for so-called "monthly mailings" on January 24, 2020; and an appraisal charge of $95.00 on 9/29/20. Total - $535.95

No provision of the mortgage deed or note allows the imposition of said charges, the charges are improper and do not provide any value to the lender or borrower; and the appraisal fee was not allowed by the court and in fact was precluded See. Ex. A.

2. Projected escrow shortage:

The attachment to the POC, Paragraph 3, includes an alleged escrow shortage of $4,093.44. This is in error and is improper. No such shortage exists nor will it exist.

The real property taxes are in fact overpaid. The Debtors and the lender both paid the July 2021 installment. Therefore, the January 2022 installment is paid in advance.

Furthermore, the lender unilaterally demanded a monthly tax escrow, see Exhibit B, despite the fact that the mortgage deed explicitly excludes an escrow. See Exhibit C

Consequently, the lender is now escrowing for the July 2022 tax payment. This

is excessive and unnecessary.

To make matters worse, the lender now improperly includes an alleged shortage when in actuality the lender should reimburse the Debtors for erroneous demanding an unnecessary tax escrow for taxes already paid in advance, in violation of the mortgage which prohibits an escrow.

### COUNTERCLAIM

1. The Debtors incorporate ¶ 2 of its Objection to Claim herein.

2. Due to the double payment of taxes in July 2021 <u>and</u> the lender's improper imposition of a tax escrow on this loan, the escrow is over funded.

3. Therefore the lender should reimburse the Debtors for the sum of $4,912.10 because it is escrowing for the tax installments which are already paid 6 months in advance.

The Debtors are not in a position to over fund a tax escrow while attempting to keep their home.

THE DEBTORS,

BY: _____
James M. Nugent     ct08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203) 878-0661
Fax No. (203) 878-9568
Jmn@quidproquo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Patricia Lee Kamens | : | Case No. 21-30520 |
| Roland David Kamens | : | |
| Debtor | : | Re: Doc ID No. |

## ORDER ON OBJECTION TO CLAIM

The foregoing Objection to Claim No. 1 filed by U.S. Bank, N.A., having been heard, it is hereby ORDERED:

1. The objection to property inspection fees charges of $429.00, monthly mailings of $16.95 and appraisal charge of $95.00 is:

    SUSTAINED / OVERRULED

2. The objection to projected escrow shortage of $4,093.44 is:

    SUSTAINED / OVERRULED

3. Counterclaim. The Debtors' claim for reimbursement of $4,912.10 for the overpayment of real estate taxes to the Town of Orange is:

    SUSTAINED / OVERRULED

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Patricia Lee Kamens | : | Case No. 21-30520 |
| Roland David Kamens | : | |
|     Debtor | : | September 14, 2021 |

## CERTIFICATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on September 14, 2021, a copy of the Objection to Claim No. 1 was served on the following:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Benjamin T. Staskiewicz
Bendett & McHugh, P.C.
270 Farmington Ave., Suite 151
Farmington, CT 06032
BKECF@bmpc-law.com

Sara Buchanan
Bendett & McHugh, P.C.
270 Farmington Ave., Suite 151
Farmington, CT 06032
BKECF@bmpc-law.com

Roberta Napolitano
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
notices@ch13rn.com

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV

THE DEBTORS,

BY: _____
James M. Nugent    ct08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203) 878-0661
Fax No. (203) 878-9568
Jmn@quidproquo.com

# EXHIBIT A

ORDER 422677

DOCKET NO: AANCV196034972S  SUPERIOR COURT

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID
V.
KAMENS, PATRICIA LEE Et Al

JUDICIAL DISTRICT OF ANSONIA/ MILFORD
AT MILFORD

3/15/2021

## ORDER

ORDER REGARDING:
03/02/2021 157.00 MOTION TO OPEN JUDGMENT AND EXTEND THE SALE DATE

No Counsel Present. No Parties Present.

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Notice of Judgment of Foreclosure by Sale (as opened and modified)

Property Address: 717 Wheelers Farm Road, Orange, CT.

Judgment of Foreclosure by Sale is hereby entered as follows:

The Sale Date is: Saturday, May 22, 2021
Terms of the Sale: 12:00 noon on the premises.
Deposit Amount: $40,700.00 Deposit to be paid by bank or certified check only.
Committee Appointed: WALTER ROBERT SAWICKI, SAWICKI, PC, 51 CHERRY STREET, MILFORD, CT 06460
Ordered in accordance with the Statewide Standing Orders(JD-CV-79) and Uniform Procedures for Foreclosure by Sale Matters(JD-CV-81).
No new appraisal is to be done.
No new title search is to be done. Title is to be run down since the date of the last title search only.
Deposit not required if Plaintiff is the successful bidder. The Plaintiff may submit a bid via fax.
No fees or expenses prior to: Saturday, April 17, 2021
Sign to be posted on: Thursday, April 22, 2021
No publication in newspaper.
Ad to be posted on Judicial Website.

All other previous findings and awards remain in effect.

Plaintiff's Atty: BENDETT & MCHUGH PC, 270 FARMINGTON AVENUE, SUITE 151, FARMINGTON, CT 06032

Copies sent Tuesday, March 16, 2021 to:
BENDETT & MCHUGH PC; WALTER ROBERT SAWICKI, ESQ.

Judicial Notice (JDNO) was sent regarding this order.

422677

Judge: THEODORE R TYMA

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

ORDER 422677

DOCKET NO: AANCV196034972S     SUPERIOR COURT

U.S. BANK NATIONAL ASSOCIATION,     JUDICIAL DISTRICT OF ANSONIA/
NOT IN ITS INDIVID     MILFORD
V.     AT MILFORD
KAMENS, PATRICIA LEE Et Al

10/2/2020

## ORDER

ORDER REGARDING:
09/30/2020 142.00 MOTION TO OPEN JUDGMENT AND EXTEND THE SALE DATE

No Counsel Present. No Parties Present.

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Notice of Judgment of Foreclosure by Sale (as opened and modified)

Property Address: 717 Wheelers Farm Road, Orange, CT.
All other previous findings and awards remain in effect.

Judgment of Foreclosure by Sale is hereby entered as follows:

The Sale Date is: Saturday, January 30, 2021
Terms of the Sale: 12:00 noon on the premises.
Deposit Amount: $40,700.00 Deposit to be paid by bank or certified check only.
Committee Appointed: WALTER ROBERT SAWICKI, SAWICKI, PC, 51 CHERRY STREET, MILFORD, CT 06460
Ordered in accordance with the Statewide Standing Orders(JD-CV-79) and Uniform Procedures for Foreclosure by Sale Matters(JD-CV-81).
No new appraisal is to be done.
No new title search is to be done. Title is to be rundown from the date of the title search.
Deposit not required if Plaintiff is the successful bidder. The Plaintiff may submit a bid via fax.
No fees or expenses prior to: Saturday, December 26, 2020
Sign to be posted on: Thursday, December 31, 2020
No Publication in the newspaper.
Ad to be posted on Judicial Website.

All other previous findings and awards remain in effect.

Plaintiff's Atty: BENDETT & MCHUGH PC, 270 FARMINGTON AVENUE, SUITE 151, FARMINGTON, CT 06032

Copies sent Friday, October 02, 2020 to:
BENDETT & MCHUGH PC; WALTER ROBERT SAWICKI, ESQ.

Judicial Notice (JDNO) was sent regarding this order.

422677

Judge: THEODORE R TYMA

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.