UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA LEE KAMENS AND<br>ROLAND DAVID KAMENS,<br><br>      Debtor(s). | Chapter 13<br>Case No. 21-30520-AMN |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE
IN ACCORDANCE WITH BANKRUPTCY RULE 2002**

The undersigned hereby enters an appearance on behalf of U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust as serviced by SN Servicing Corporation, and respectfully requests that he be placed on the service list and that all copies of all orders, pleadings, notices and all other documents, including notice of any abandonment of property, that are filed with this Court or with the Office of the United States Trustee and served on parties in interest be duly served on the undersigned at the address set forth in accordance with Fed. R. Bankr. P. 2002.

        Respectfully submitted,

        */s/ David A. Shaw, Esq.*
        David A. Shaw, Esq. (CT00417)
        Demerle Hoeger LLP
        10 City Square
        Boston, MA 02129
        (617) 337-4444
        (617) 337-4496 (fax)
        Bankruptcy@DHNewEngland.com

DATE:  May 18, 2023

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| In re:<br><br>PATRICIA LEE KAMENS AND<br>ROLAND DAVID KAMENS,<br><br>        Debtor(s). | Chapter 13<br>Case No. 21-30520-AMN |
|---|---|

## **CERTIFICATE OF SERVICE**

I, David A. Shaw, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 18th day of May, 2023 served on behalf of U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust as serviced by Rushmore Loan Management Services LLC an <u>Entry of Appearance and Request for Service in Accordance with Bankruptcy Rule 2002</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Patricia Lee Kamens<br>Roland David Kamens<br>717 Wheelers Farm Road<br>Orange, CT 06477 (M) | James M. Nugent<br>Harlow, Adams, and Friedman<br>One New Haven Ave<br>Suite 100<br>Milford, CT 06460 (ECF) |
|---|---|
| Roberta Napolitano<br>Chapter 13 Trustee<br>10 Columbus Boulevard<br>Ste 6th Floor<br>Hartford, CT 06106 (ECF) | Patrick Crook<br>10 Columbus Boulevard, 6th Floor<br>Hartford, CT 06106 (ECF) |
| U. S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building | |

| | |
|---|---|
| 150 Court Street, Room 302<br>New Haven, CT 06510 (ECF) | |

<u>*/s/ David A. Shaw, Esq.*</u>
David A. Shaw, Esq.