## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **IN RE** | ) | **Case No. 21-30520-AMN** |
| **Patricia Lee Kamens & Roland David Kamens** | ) | **Chapter 13 Proceeding** |
| **Debtor** | ) | **September 11, 2023** |

### MOTION FOR LEAVE TO WITHDRAW NOTICE OF APPEARANCE

NOW COMES Benjamin T. Staskiewicz, Esquire, of the firm of McCalla Raymer Leibert Pierce, LLC and hereby moves that, subject to the approval of the Court, the appearance of Sara M. Buchanan, Esquire be substituted for that of Benjamin T. Staskiewicz, Esquire, as counsel of record for U.S Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-TT.

Successor counsel has already entered their appearance.

By */s/ Benjamin T. Staskiewicz*
Benjamin T. Staskiewicz, Esq.
Attorney's Federal Bar Number : ct21562
McCalla Raymer Leibert Pierce, LLC
50 Weston St.
Hartford, CT 06120
Telephone: (860) 996-8711
Benjamin.Staskiewicz@mccalla.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | |
| Patricia Lee Kamens & Roland David Kamens | Case No.21-30520-AMN |
| Debtor(s). | |

# **CERTIFICATION OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002, the undersigned certifies that on the 11th day of September, 2023, a copy of the foregoing was served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

**Parties Served Via First Class Mail: (Complete Address Must Be Listed)**

Patricia Lee Kamens & Roland David Kamens
717 Wheelers Farm Rd
Orange, CT 06477

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

           By */s/ Benjamin T. Staskiewicz*
            Benjamin Staskiewicz, Esq.
            Attorney's Federal Bar Number : ct21562
            McCalla Raymer Leibert Pierce, LLC
            50 Weston St.
            Hartford, CT 06120
            Telephone: (860) 996-8711
            Benjamin.Staskiewicz@mccalla.com